Núm. 1004.—FERNÁNDEZ, recurrente, *v.* REGISTRADOR, recurrido.— Noviembre 24, 1937.

Por los fundamentos consignados en la opinión emitida en el día de hoy en el recurso gubernativo núm. 1003, *Carmen Fernández, recurrente,* v. *El Registrador de la Propiedad de San Juan, Sección Primera, recurrido* (ante, pág. 354), se confirma la nota recurrida del Registrador de la Propiedad de San Juan, Sección Segunda, fechada agosto 17, 1937.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 3.—PUEBLO, querellante, *v.* CENTRAL CAMBALACHE, dmda.— Diciembre 2, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción eliminatoria radicada por la corporación demandada, en 11 de agosto de 1937 por la que solicita la eliminación de numerosas alegaciones de la querella;

POR CUANTO, la querella radicada en el presente caso es substancialmente idéntica a la querella radicada en el caso de *Quo Warranto* núm. 1 entre *El Pueblo de Puerto Rico* v. *The Fajardo Sugar Company of Porto Rico, et als.,* y las eliminaciones que se solicitan son las mismas solicitadas por las corporaciones demandadas en el citado caso;

POR LO TANTO, de acuerdo con las resoluciones dictadas por esta corte en 18 de enero de 1937 (50 D.P.R. 966) y 12 de julio de 1937 (51 D.P.R. 936), en el citado caso de *Quo Warranto* Núm. 1, se declara sin lugar la moción de eliminación radicada en el presente caso, y se concede a la parte demandada un término de quince días para excepcionar o contestar la querella.

. · Los Jueces Sres. Presidente Del Toro y Asociado Córdova Dávila no intervinieron.